THE STATE OF NEW YORK  
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index No.: 15-CV-5591 (DRH)(GRB)  
Filed On: 9/29/2015

SRIDHAR SUBRAMANIAM

-against-

DRISCOLL INVESTMENTS, LLC, ET AL.

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF SUFFOLK: ROBERT ZYATS, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 1/27/2016 at 3:55 PM at 34 PARKRIDGE CIRCLE, PORT JEFFERSON STATION, NY 11776, your deponent served the SUMMONS IN A CIVIL ACTION AND COMPLAINT bearing Index # 15-CV-5591 (DRH)(GRB) and filed date 9/29/2015 upon CHRISTOPHER DRISCOLL.

[ ] INDIVIDUAL  
By personally delivering a true copy thereof to said recipient, known by deponent to be said person named therein.

[ ] AGENCY / BUSINESS  
By delivering thereat a true copy of each to NICOLE "SMITH", SISTER. Your deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

[X] SUITABLE AGE PERSON  
By delivering a true copy of each to a person of suitable age and discretion, to wit: NICOLE "SMITH", SISTER, who verified that the intended recipient actually resides at this location.

[ ] AFFIXING TO DOOR  
By affixing a true copy of each to the door of the address at 34 PARKRIDGE CIRCLE, PORT JEFFERSON STATION, NY 11776, that being the intended recipient's dwelling place or usual place of abode since with due diligence, the intended recipient could not be found nor a person of suitable age and discretion who would receive same.

[X] MAILING COPY  
That on 2/1/2016, your deponent mailed a true copy of same by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 34 PARKRIDGE CIRCLE, PORT JEFFERSON STATION, NY 11776 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.

[X] DESCRIPTION  
Gender: Female; Skin: White; Hair: Brown; Age: 28 - 32; Height: 5ft 3in - 5ft 7in; Weight: 115 - 125;

[ ] WITNESS FEE

[X] MILITARY SERVICE  
Deponent asked the person spoken to whether the recipient was presently on active duty or dependent on someone who was on active duty in the military service of the United States and was informed that he/she was not.

Sworn to before me on 2/1/2016:

CHRISTINE E. HANSON  
Notary Public, State of New York  
No. 01HA6162668  
Qualified in SUFFOLK County  
Commission Expires 03/12/2019

ROBERT ZYATS

RETURN TO: Nationwide Court Services, Inc  
761 Koehler Avenue, Suite A  
Ronkonkoma, NY 11779  
Ph: 631-981-4400  
(NCS454036)CMH 587467