THE STATE OF NEW YORK  
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index No.: 15-CV-5591 (DRH)(GRB)  
Filed On: 9/29/2015

SRIDHAR SUBRAMANIAM

-against-

DRISCOLL INVESTMENTS, LLC, ET AL.

**Affidavit of Service**  
**LLC 304**

STATE OF NEW YORK, COUNTY OF ALBANY: April Schermerhorn, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 3/21/2016 at 11:40 AM at One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231, your deponent served the SUMMONS IN A CIVIL ACTION AND COMPLAINT bearing Index # 15-CV-5591 (DRH)(GRB) and filed date 9/29/2015 upon DRISCOLL INVESTMENTS, LLC, the intended recipient, by delivering one (1) true copy to Sue Zouky, in the office of the Secretary of State of New York, duly authorized to accept such service on behalf of the intended recipient. At the time of making such service, deponent paid the Secretary of State a fee of $40.

Your deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

Gender: Female  
Skin Color: White  
Hair Color: Brown  
Approximate Age: 50-54  
Approximate Height: 5'2"- 5'4"  
Approximate Weight: 140 - 150

An additional copy of said papers was mailed to the defendant by certified mail, return receipt to: SECRETARY OF STATE - ONE COMMERCE PLAZA, 99 WASHINGTON AVENUE, ALBANY, NY 12231 on , together with notice thereof.

Said service was made pursuant to Section 304 of the New York State Limited Liability Law.

Sworn to before me on 3/23/2016:

KATHERINE J. BERRIGAN  
Notary Public, State of New York  
No. 01BE6085213  
Qualified in SARATOGA County  
Commission Expires 12/23/2018

April Schermerhorn

RETURN TO: Nationwide Court Services, Inc  
761 Koehler Avenue, Suite A  
Ronkonkoma, NY 11779  
Ph: 631-981-4400  
(NCS454036)CMH 600147