**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

                                                  Civ. Action No.:
                                                  2:15-cv-05591-DRH-GRB

SRIDHAR SUBRAMANIAM

                          Plaintiff,

      - against -                      **AFFIRMATION OF**
                                                  **SERVICE**

DRISCOLL INVESTMENTS, LLC., CHRISTOPHER
D. DRISCOLL, and RAVINDRA GOPAL,

                          Defendants.
-------------------------------------------------------------------X

       I, Moneesh Bakshi, pursuant to Local Rule VI of the District Court for the Eastern District of New York, declare under penalty of perjury that on 29 September 2016, I served a copy of the Court's Order of 27 September 2016, Referring Motion for Default Judgment to Magistrate Judge Gary R. Brown for a Report and Recommendation, upon Christopher D. Driscoll, individually, and as the Managing Member of Driscoll Investments, LLC by mailing it to Christopher D. Driscoll whose last know address, and the address where the Summons and Complaint was personally served, is 34 Parkridge Circle, Port Jefferson, New York 11776, and upon the Secretary of State of New York for Driscoll Investments, LLC whose address is Secretary of State, One Commerce Plaza, Albany, New York 12231.

Dated: 29 September 2016                    Respectfully Submitted

                                                    __/s/ Moneesh Bakshi_____
                                                   Moneesh Bakshi (MB 8137)

RASH & BAKSHI
45 Rockefeller Plaza, Suite 2000
New York, New York 10111
(646) 583-1615
robert.rash@rashbakshi.com

ATTORNEYS FOR PLAINTIFF